442 COMMONWEALTH *v.* KEEGAN, Appellant (No. 1).

---

## Commonwealth *v.* Keegan, Appellant (Nos. 2-16).

OPINION BY TREXLER, J., November 30, 1918:

For the reasons stated in opinion filed to No. 257, October Term, 1917, the assignments of error are overruled, the judgment is affirmed, the record remitted to the court below with direction that the judgment be carried into effect and to this end it is ordered that the defendant, Edward Keegan, forthwith appear in that court and that he be by that court committed to comply with such part of the sentence as had not been performed at the time the appeal was taken.